UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FREDDIE MARSHALL CARSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Nos.: 3:12-CR-017-TAV-CCS-1 |
| | ) 3:14-CV-010-TAV |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This is a *pro se* motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Petitioner pled guilty to and was convicted of wire fraud in violation of 18 U.S.C. § 1343 and money laundering in violation of 18 U.S.C. § 1957. For these offenses, he was sentence to 46 months' imprisonment, to run concurrently, and 3 years supervised release, also to run concurrently. Petitioner was also assessed $200.00 in accordance with 18 U.S.C. § 3013 and ordered to pay restitution in the amount of $717,372.32.

Before the Court is petitioner's motion to dismiss his § 2255 petition. In the motion dated March 3, 2015, petitioner indicates that he is "approaching his release from federal custody (June 12, 2016), and upon having served the full term of his sentence of incarceration, the relief sought in his petition becomes moot or unawardable [sic]." Petitioner goes on to request that his § 2255 motion be dismissed.

Petitioner's motion to voluntarily dismiss his § 2255 petition [Doc. 54] is **GRANTED**. The Clerk is **DIRECTED** to close the civil file.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
   CLERK OF COURT